No. 00–8162. SYVERTSON v. MALAKTARIS ET AL. Sup. Ct. N. D. Certiorari denied.

No. 00–8167. TRAN v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–8170. CONTRERAS v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–8171. DUNCAN v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–8177. TIMMONS v. SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 00–8178. WALTON v. LECUREUX, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–8179. COLEMAN v. CHILDS, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–8183. GARATE v. HOOD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–8184. HICKEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–8185. HARRIS v. STOVALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–8187. LOGAN v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–8188. HAYDEN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8191. GRAY v. ZAVARAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–8193. BELLAH v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Ct. App. Tex., 5th Dist. Certiorari denied.